UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABACAR DIENG,<br><br>                                  Plaintiffs,<br><br>               -against-<br><br>NEW YORK CITY NYPD et al.,<br><br>                                  Defendants. | 24-CV-01834 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

On June 4, 2024, the Court granted Plaintiff's motion for leave to file an amended complaint. On June 14, 2024, Defendants filed a motion to dismiss but appear to reference the original rather than the amended complaint in their motion. *See, e.g.*, Dkt. 28 at 4 (citing Dkt. 1 rather than Dkt. 21-1).

**By June 24, 2024, Defendants should amend their motion to dismiss to address the amended complaint (Dkt. 21-1).**

**Plaintiff's opposition to the motion to dismiss will then be due on July 15, 2024. Defendants' reply will be due July 22, 2024.**

The Clerk of Court is directed to terminate Dkt. 27.

SO ORDERED.

Dated: June 17, 2024
        New York, New York

                                                                ARUN SUBRAMANIAN
                                                                 United States District Judge