UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BABACAR DIENG,

                              Plaintiff,

      -against-

NEW YORK CITY NYPD ET AL.,

                            Defendants.

**NOTICE OF MOTION FOR DISMISSAL PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

24-cv-01834 (AS)

----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in support of Defendants' Motion to Dismiss Plaintiff's amended complaint, dated June 24, 2024 Defendants New York City Fire Department, New York City Police Department and City of New York will move this Court before the Honorable Judge Arun Subramanian at the United States District Court of the Southern District of New York located at 500 Pearl Street, NY 10007 for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against them, with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
             June 24, 2024

                                            MURIEL GOODE-TRUFANT
                                            Acting Corporation Counsel for the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Room 3-163
                                            New York, NY  10007
                                            (212) 356-2657

                                                    By:    *Joseph Zangrilli /s/*
                                                                       Joseph Zangrilli
                                                                       Senior Counsel

**cc:VIA EMAIL AND FIRST CLASS MAIL**

Babacar Dieng
505 West 162nd Street
New York, NY 10032
Email: bbdieng@live.com
PRO SE