**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BABACAR DIENG,

                       Plaintiff,

    -against-                                           24 **CIVIL** 1834 (AS)

                                                           **JUDGMENT**

NEW YORK CITY NYPD, NEW YORK CITY
FDNY, and THE CITY OF NEW YORK,

                       Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 28, 2024, the City's motion to dismiss Dieng's amended complaint is granted and Dieng's request for a protective order, Dkt. 36, is denied as moot. The Court granted Dieng leave to amend his complaint once already. Dkt. 26. Because even "a liberal reading of the complaint" gives no "indication that a valid claim might be stated," this dismissal is with prejudice. Branum v. Clark, 927 F.2d 698, 705 (2d Cir. 1991); accordingly, the case is closed.

**Dated:**  New York, New York

        October 29, 2024

                                                        **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                     **BY:**      *K. Mango*

                                                           **Deputy Clerk**